IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTINA MARIE RATHSACK, | ) |
| | ) Case No. 6:15-cv-01526-SI |
| Plaintiff, | ) |
| | ) ORDER GRANTING PLAINTIFF'S |
| v. | ) UNOPPOSED MOTION FOR ATTORNEY |
| | ) FEES PURSUANT TO 42 U.S.C. § 406(b) |
| COMMISSIONER, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

SIMON, District Judge:

Plaintiff Christina Marie Rathsack brought this action seeking review of the Commissioner's final decision denying her application for Disability Insurance Benefits under the Social Security Act. The Court reversed the Commissioner's decision, remanded the case for further proceedings, and entered judgment on September 25, 2016.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not objected to the request. I have reviewed the record in this case, the motion, and the supporting materials, including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds that the requested fees are reasonable.

Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. 406(b) is hereby GRANTED, and Plaintiff's counsel is awarded $24,645.75 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney fees in the amount of $6,361.53 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. In addition, Plaintiff's hearing representative will receive an administrative fee of $5,909.00. When issuing the § 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amounts awarded for the EAJA and administrative fees and send Plaintiff's attorney the balance of $12,375.22, less any applicable processing or user fees prescribed by statute. Any amount withheld after all administrative and court attorney fees are paid should be released to the claimant.

IT IS SO ORDERED this 2nd day of February, 2018.

    /s/ Michael H. Simon  
MICHAEL H. SIMON  
United States District Judge

Proposed Order submitted by:
Katherine L. Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff